930

No. 71–5659.   BROOKS ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–5660.   FARRIES *v.* PARKER, WARDEN.   C. A. 3d Cir.   Certiorari denied.

No. 71–5661.   KELSEY *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–5662.   GRAY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5663.   TAYLOR *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5664.   BUCHANAN *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 71–5665.   EARLES *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 71–5667.   AVERY, AKA KENYATTA *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5668.   SERRANO *v.* HOCKER, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 71–5669.   WRIGHT *v.* BATESON, INSURANCE COMMISSIONER.   Ct. App. Ore.   Certiorari denied.

No. 71–5670.   ABARCA-ESPINOSA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–5673.   JENNINGS *v.* ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.